**Entered on Docket**
**April 21, 2010**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation,
Mortgage Pass-Through Certificates, Series 2007-2
09-73966

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Bk Case No.: 09-19282-lbr |
| Adnan Mulahmetovic and Alma Mulahmetovic | Date:  March 22, 2010<br>Time: 10:30 a.m. |
| | Chapter 13 |
| Debtors | |

## STIPULATED ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-2, its assignees and/or successors in interest, of the subject property, generally described as 7855 Alameda Creek St., Las Vegas, NV 89113, and legally described as follows:

Lot 20 of NEVADA TRAILS R2-60 NO. 9 PHASE III, as shown by Map thereof on file in Book 127 of Plats, page 5, in the office of the County Recorder of Clark County, Nevada.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least seven business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

///
///
///
///
///
///
///
///
///
///
///

IT IS FURTHER ORDERED that in the event a Notice of Default has been recorded against this particular property there can be no sale for ninety (90) days, allowing the Debtor(s) to submit a copy of this Order to the State of Nevada, Foreclosure Mediation Program, and the Order will be construed as an agreement between the Secured Creditor and Debtor(s) that they have voluntarily agreed to a mediation under the Nevada State Foreclosure Mediation Program pursuant to Rule 6 of said program. The necessary information can be accessed at http://www.nevadajudiciary.us/.

Submitted by:

**WILDE & ASSOCIATES**

By: _____#10235_

**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By: _____ for :

Samuel A. Schwartz
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By: _____

Kathleen A. Leavitt
Chapter 13 Trustee