

**Entered on Docket**
**April 25, 2011**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Sean E. McClenahan, Esq.
Nevada Bar No. 10141
Schwartz Law Firm, Inc.
701 East Bridger Avenue, Suite 120
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Attorneys for the Debtors

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | CASE NO.:  09-19282-lbr |
| | ) | Chapter 13 |
| Adnan Mulahmetovic, and | ) | |
| Alma Mulahmetovic, | ) | |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |

### STIPULATION AND ORDER VOLUNTARILY DISMISSING BANKRUPTCY CASE

Upon the agreement by and between Adnan and Alma Mulahmetovic (the "**Debtors**")

and Chapter 13 Trustee, Kathleen A. Leavitt, for entry of an order dismissing the Debtors'

bankruptcy case;

/ / /

/ / /

1

1

2       **IT IS HEREBY STIPULATED AND ORDERED** that the Debtors' bankruptcy case

3     no. 09-19282-lbr is dismissed.

4     Submitted by:

5     The Schwartz Law Firm, Inc.

6

7     By /s/ Samuel Schwartz
      SAMUEL A. SCHWARTZ # 10985
8     Attorney for Debtors

9

10    Agreed to by:

11

12    /s/ Kathleen A. Leavitt
      Kathleen A. Leavitt
13    Chapter 13 Trustee

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32

**SUBMISSION TO COUNSEL FOR APPROVAL PURSUANT TO LR 9021**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ The court has waived the requirement set forth in LR 9021(b)(1).

__X_ No party appeared at the hearing or filed an objection to the motion.

_____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of this order.

APPROVED: Kathleen Leavitt, Chapter 13 Trustee

DISAPPROVED:

FAILED TO RESPOND:

Submitted by:

The Schwartz Law Firm, Inc.


By /s/ Samuel Schwartz_____
SAMUEL A. SCHWARTZ # 10985
Attorney for Debtors

###